# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| TROY MERRITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Docket No.    3:17-CV-01372 |
| | ) | Judge Aleta Trauger |
| MGC SPORTS LLC | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION FOR EXTENSION OF TIME

Pursuant to Local Rule 7.01 it is hereby stipulated by the Defendant, MGC Sports, LLC,

that Plaintiff, Troy Merritt, shall be entitled to a ten (10) day extension of time, of up to and

including December 15, 2017, in which to respond to Defendant's Motion to Bring in

Additional Defendant [Doc. 11].

SO STIPULATED this 6th day of December, 2017.

*s/William J. Carver*
William J. Carver, BPR # 022718
Kramer Rayson LLP
P.O. Box 629
Knoxville, Tennessee 37901-0629
(865) 525-5134
*Attorney for Plaintiff Troy Merritt*

*and*

*/s/Richard C. Mangelsdorf, Jr.*
Richard C. Mangelsdorf, Jr.
David E. Long
P.O. Box 198349
201 4th Avenue N., Suite 1400
Nashville, Tennessee  37219
(615) 499-7281
*Attorney for Defendant MGC Sports, LLC*